

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF MICHIGAN

AUSTIN PANNELL,
_Petitioner_

v.

ERIC RARDIN, WARDEN,
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case: 2:25-cv-10330
Assigned To : White, Robert J.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/4/2025
Description: HC PANNELL V. RARDIN (MC)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Austin Pannell
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution - Milan
   (b) Address: P.O. Box 1000
   Milan, MI 48160
   (c) Your identification number: 70522-510
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: United States District Court For The Southern District Of West Virginia Bluefield Division
      (b) Docket number of criminal case: 1:23CR00109-001
      (c) Date of sentencing: July 15, 2024
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:  N/A

   (b) Docket number, case number, or opinion number:  N/A

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   N/A

   (d) Date of the decision or action:  N/A

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes      ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:  N/A

   (2) Date of filing:  N/A

   (3) Docket number, case number, or opinion number:  N/A

   (4) Result:  N/A

   (5) Date of result:  N/A

   (6) Issues raised:  N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: In some instances, "where administrative remedies are inadequate or futile, or exhaustion would result in irreparable harm, exhaustion of administrative remedies is not required." See Aron v. LaManna, 4 Fed. Appx. 232, 233 (6th Cir. 2001).

8. Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No    N/A

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: N/A

(2) Date of filing: N/A

(3) Docket number, case number, or opinion number: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No   N/A

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: N/A

(2) Date of filing: N/A

(3) Docket number, case number, or opinion number: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: N/A
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

_____
_____
_____
_____
_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:  N/A

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes     ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:  N/A
(b) Date of the removal or reinstatement order:  N/A
(c) Did you file an appeal with the Board of Immigration Appeals?

   ☐ Yes     ☐ No   N/A

If "Yes," provide:

(1) Date of filing:  N/A
(2) Case number:  N/A
(3) Result:  N/A
(4) Date of result:  N/A
(5) Issues raised:  N/A

(d) Did you appeal the decision to the United States Court of Appeals?

   ☐ Yes     ☐ No   N/A

If "Yes," provide:

(1) Name of court:  N/A
(2) Date of filing:  N/A
(3) Case number:  N/A

(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. Other appeals
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A

(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: The Petitioner is being denied FSA Time Credits unlawfully as he is entitled to the said credits. His charge is 21 U.S.C. §841(a)(1): 'Distribution Of Fentanyl'. The Petitioner was not a leader or a supervisorary role in his offense and there was no deaths or serious bodily injury in his offense.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Petitioner was not enhanced under 21 U.S.C. §841(b)(1)(C) ..."if death or serious bodily injury results from the use of such substance." After the Second Circuit Court applied the traditional canons of statutory construction to interpret the ambiguity in the text, that the eligibility provision is intended to apply specifically to individuals who were convicted of the penalty enhancement contained in 21 U.S.C. §841(b)(1)(C). The Petitioner was not and he is therefore eligible for the First Step Act Time Credits. See Lallave v. Carvajal, 635 F.Supp.3d 173 (2nd Cir. 2022).

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☐ No      N/A

GROUND TWO: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No      N/A

GROUND THREE: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No      N/A

CONTINUED FROM PAGE 8 GROUND ONE SUBSECTION (a):

In <u>Loper v. Raimondo</u>, 144 S.Ct. 2244 (2024), it overturned the Chevron doctrine by stating that the Administrative Procedure Act (APA), 5 U.S.C. §551 et seq., specifies that courts, <u>not agencies</u>, will decide all relevant questions of law arising on review of agency action, 5 U.S.C. §706 - even those involving ambiguous laws, and set aside any such action inconsistent with the law as they interpret it. Courts must exercise their independent judgment in deciding whether an agency has acted within its statutory authority, as the APA requires. The BOP has failed to give the Petitioner his FSA Time Credits and this Honorable Court has the authority to correct this issue.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No   N/A

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   N/A

### Request for Relief

15. State exactly what you want the court to do:  To GRANT the Petitioner's motion and to issue an ORDER directing the BOP to give the Petitioner his FSA Time Credits and to back date it when he was sentenced.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

January 27, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: January 27, 2025        X _austin Penny_____
                                          *Signature of Petitioner*


                                                   N/A
                                 *Signature of Attorney or other authorized person, if any*

**NAME** Austin Parnell
**REG. NO.** # 70522-510
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Office of the Clerk
United States District Court
231 West Lafayette Blvd. 5th Floor
Detroit, MI 48226

