UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AUSTIN PANNELL, 70522-510,

        Petitioner,                                                 Case No. 25-10330

v.                                                                    Judge Robert J. White

ERIC RARDIN WARDEN,                          Magistrate Judge Anthony P. Patti

        Respondent(s).
_____/

**ORDER TO CORRECT DEFICIENCY**

    Petitioner has filed a petition for writ of habeas corpus, but has failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases.

    **IT IS ORDERED** that Petitioner shall submit the $5.00 filing fee <u>or</u> an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order. Failure to do so may result in dismissal of this action. A copy of the *in forma pauperis* application is enclosed.

Date: February 20, 2025                                     s/David R. Grand
                                                                 David R. Grand
                                                                 United States Magistrate Judge

---

**Certificate of Service**

    I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: February 20, 2025                                     s/M. Sylvester
                                                                 Deputy Clerk